UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| **CHURBY CONAWAY,** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 7:22-cv-00260-DC-RCG |
| **LAKEVIEW LOAN SERVICING, LLC,** | § § § § § | |
| *Defendant.* | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff CHURBY CONAWAY ("Plaintiffs") and Defendant LAKEVIEW LOAN SERVICING, LLC ("Defendant") (collectively the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. That pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and causes of action asserted or that could have been asserted by Plaintiff against Defendant are hereby dismissed with prejudice.

2. That Defendant's counterclaim against Plaintiff is hereby dismissed with prejudice.

              Respectfully submitted,

By:  /s/ *Nathan F. Smith*
    Nathan F. Smith, Esq.
    State Bar No.  24094355
    Michael Cisneros, A Law Corporation
    2112 Business Center Drive
    Irvine, CA 92612
    Phone: 949-252-9400
    Facsimile: 949-252-1032
    nathan@mclaw.org
    **ATTORNEYS FOR DEFENDANT**

By:   */s/ James Minerve*
James Minerve
State Bar No. 24008692
13276 N. Hwy. 183, Suite 209
Austin, Texas 78750
210-336-5867
jgm@minervelaw.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I, Christina Valenzuela, the undersigned, hereby certify that the foregoing document will be served via ECF to the following parties on February 10, 2023:

Nathan Frederick Jones Smith
nathan@mclaw.org, cvalenzuela@mclaw.org

James Minerve
jgminerve@aol.com, jgm@minervelaw.com


/s/ Christina Valenzuela
Christina Valenzuela
An employee of MALCOLM ♦ CISNEROS, ALC